# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 13, 2006

129945

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

FIRIAL H. GORO,
      Plaintiff-Appellant,

v

                               SC: 129945
                               COA: 262363
                               WCAC: 02-000174

GRAND MACHINING COMPANY,
      Defendant-Appellee.

_____/

     On order of the Court, the application for leave to appeal the October 11, 2005 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.

     CAVANAGH and KELLY, JJ., would remand this case to the Court of Appeals as on leave granted.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 13, 2006                                                   _____

t0406                                                         Clerk